# United States Bankruptcy Court
## District of Delaware

| | | |
|---|---|---|
| In re: | Nicholas Godwin : | Case No.: 07-11635-BLS |
| | SSN#: XXX-XX-1670 : | |
| | Stacy Godwin : | |
| | SSN#: XXX-XX-1746 : | |
| | : | |
| | : | Chapter 13 |

## **Final Decree**

The estate of the above-named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Frederick L. Reigle is discharged as trustee of the estate of the above-name debtor(s) and the bond is cancelled.

This case is hereby closed.

April 22, 2013
Date

_____
United States Bankruptcy Judge